[No. 45049-2-I.   Division One.   October 23, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA ALLEN JAMES, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-01713-3, George N. Bowden, J., entered August 3, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 18686-5-III.   Division Three.   October 24, 2000.]

GERALD D. VALLEY, ET AL., *Appellants*, v. NORTHWEST AVIATION, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 93-2-03362-6, Salvatore F. Cozza, J., entered August 2, 1999. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Brown, J.

[No. 18642-3-III.   Division Three.   October 24, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM WARD ALEXANDER-DURR, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-8-00285-3, Neal Q. Rielly, J., entered July 8, 1999. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Kato, J.

[No. 18286-0-III.   Division Three.   October 24, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL L. FORD, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 98-1-00532-0, Evan E. Sperline, J., entered February 9, 1999. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Sweeney, J.